1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11   GILBERT ANTHONY GRACIA,          Case No. CV 17-1244- ODW (SHK)
12                     Petitioner,
13          v.                        **ORDER ACCEPTING FINDINGS
14                                    AND RECOMMENDATION OF
     R. MADDEN,                       UNITED STATES MAGISTRATE
15                                    JUDGE AND DISMISSING
                      Respondent.     ACTION WITH PREJUDICE**
16
17

18          Pursuant to Title 28 of the United States Code, section 636, the Court has
19   reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the
20   Report and Recommendation ("R&R") of the United States Magistrate Judge.
21   The Court has engaged in <u>de novo</u> review of those portions of the R&R to which
22   Petitioner has objected.  The Court accepts the findings and recommendation of
23   the Magistrate Judge.
24   ///
25   ///
26   ///
27   ///
28

IT IS THEREFORE ORDERED that Judgment be entered (1) **DENYING** the Petition for a Writ of Habeas Corpus; and (2) **DISMISSING** this action with prejudice.

Dated: September 24, 2018

_____
HONORABLE OTIS D. WRIGHT
United States District Judge