JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ANTHONY GRACIA, | Case No. CV 17-1244- ODW (SHK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| R. MADDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: September 24, 2018

HONORABLE OTIS D. WRIGHT
United States District Judge